1045355.3

**WATANABE ING LLP**
A Limited Liability Law Partnership

| | |
|---|---|
| MICHAEL C. BIRD | #5935 |
| SUMMER H. KAIAWE | #9599 |
| ALEX M. CHUN | #10947 |

999 Bishop Street, Suite 1250
Honolulu, Hawai'i 96813
Telephone:  (808) 544-8300
Facsimile:   (808) 544-8399
E-mails:     mbird@wik.com; skaiawe@wik.com; achun@wik.com

Attorneys for Plaintiff/Counterclaim Defendant
**FIRST AMERICAN TITLE INSURANCE COMPANY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>GS INDUSTRIES, LLC, a Hawaii limited liability company,<br><br>            Defendant. | 1:21-CV-00078-DKW-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES |
| GS INDUSTRIES, LLC, a Hawaii limited liability company,<br><br>            Counterclaim Plaintiff,<br><br>      vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br>            Counterclaim Defendant. | <u>JURY TRIAL</u>:<br>Date:  April 4, 2022<br>Judge: Hon. Derrick K. Watson |

# STIPULATION FOR DISMISSAL WITH
# <u>PREJUDICE OF ALL CLAIMS AND ALL PARTIES</u>

IT IS HEREBY STIPULATED AND AGREED, by and among the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in the Complaint for Declaratory Judgment (Dkt. 1) filed on February 8, 2021, by Plaintiff/Counterclaim Defendant FIRST AMERICAN TITLE INSURANCE COMPANY and all claims in the Counterclaim (Dkt. 9-1) filed on March 4, 2021, by Defendant/Counterclaim Plaintiff GS INDUSTRIES, LLC shall be, and are, hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs. There are no remaining parties or claims. No Doe Defendants have appeared in this action. All appearing parties have indicated their approval. Counsel for all appearing parties have consented to the use of their respective electronic signatures on this Stipulation.

DATED: Honolulu, Hawaiʻi, April 21, 2022.

/s/ Michael C. Bird
MICHAEL C. BIRD
SUMMER H. KAIAWE
ALEX M. CHUN
Attorneys for Plaintiff/
Counterclaim Defendant
**FIRST AMERICAN TITLE INSURANCE COMPANY**

DATED: Honolulu, Hawaiʻi, April 21, 2022.

/s/ Alan Van Etten
ALAN VAN ETTEN
KENNETH P. WONG
TRISTAN S.D. ANDRES
MONIKA M. WURLITZER
Attorneys for Defendant/
Counterclaim Plaintiff
**GS INDUSTRIES, LLC**

APPROVED AND SO ORDERED:

DATED: April 22, 2022 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*First American Title Insurance Company vs. GS Industries, LLC*, United States District Court, District of Hawaiʻi, 1:21-CV-00078-DKW-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES